UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW B. KREPPS<br><br>                  Plaintiff,<br><br>           -V-<br><br>EDWARD REINER, INSEAD, INSEAD NORTH AMERICA<br>AND MICHAEL C. MILLER<br>                  Defendants. | **CERTIFICATE OF MAILING**<br><br><br>07 CV 9884 (RWS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

27TH day of February, 2008

I served the

AMENDED SUMMONS & FIRST AMENDED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

25TH day of February, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 999 369 US

*J. Michael McMahon*
CLERK

Dated: New York, NY

February 26, 2008

J. Michael McMahon
Clerk of Court
United States District Court – SDNY
500 Pearl Street
New York, NY 10007

Re: Service of Amended Summons and Amended Complaint in Case No. 07-CIV-9884 (RWS) Pursuant to Rule 4(f)(2)(c)(ii)

Dear Mr. McMahon:

I am the pro se plaintiff in 07-CIV-9884 (RWS) currently pending before Judge Sweet and captioned Krepps v. Reiner, Insead, Insead North America, and Miller. Pursuant to Rule 4(f)(2)(c)(ii), please serve the enclosed summonses and amended complaints on defendant Insead at the following addresses:

Dean Frank J. Brown
Insead
Boulevard de Constance
77305 Fontainebleau, France

Dean of Insead Asia Campus
Insead
1 Ayer Rajah Avenue
138676 Singapore

I have enclosed: 1) the papers to be served (one amended summons and one amended [complaint for each address]; 2) [copies of] the amended summonses for the court file; [3) envelopes] to be served with my office return address; [4) receipt] to be served made out according to the [address on the] return receipt card for each defendant to be [served as listed] on the court's website; and 5) one hundred [dollars for] this matter.