**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MATTHEW B. KREPPS, | X<br>:<br>: |
| Plaintiff, | :<br>: |
|  | :  Civil Action No. 07 CV 9884 (RWS) |
| vs. | :<br>: |
| EDWARD REINER, INSEAD, INSEAD NORTH<br>AMERICA, and MICHAEL C. MILLER, | :  **NOTICE OF APPEARANCE**<br>:<br>: |
| Defendants. | :<br>:<br>X |

      **PLEASE TAKE NOTICE** that Evan Glassman, Esq. of Steptoe & Johnson LLP, 750

Seventh Avenue, Suite 1900, New York, New York 10019, hereby enters appearance, as counsel

for Defendants, Insead, Insead North America, Inc. *s/h/a* Insead North America and Michael C.

Miller in the above-entitled matter.

Dated:  New York, New York
       March 14, 2008

STEPTOE & JOHNSON LLP

By:\_\_\_\_/s Evan Glassman_____
Evan Glassman
750 Seventh Avenue, Suite 1900
New York, New York 10019
Telephone:     212-506-3900
Facsimile:     212-506-3950
Email: eglassman@steptoe.com

*Attorneys for Insead,*
 *Insead North America, Inc.*
 *s/h/a Insead North America*
 *and Michael C. Miller*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served upon the parties listed below by ECF and regular mail on March 14, 2008, a true and correct copy of the annexed Notice of Appearance of Evan Glassman.

/s Kimberlyn W. Brzozowski

Matthew B. Krepps
295 Commonwealth Avenue, #3A
Boston, Massachusetts  02115

*Plaintiff Pro Se*

Edward Reiner
6 Horseshoe Hill Rd.
Pound Ridge, NY  10576

*Defendant Pro Se*

Doc. #13218 v.1