IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MATTHEW B. KREPPS, | : |
| Plaintiff, | : |
|  | : Civil Action No. 07 CV 9884 (RWS) |
| vs. | : |
| EDWARD REINER, INSEAD, INSEAD NORTH AMERICA, and MICHAEL C. MILLER, | : NOTICE OF APPEARANCE |
| Defendants. | : |

     **PLEASE TAKE NOTICE** that Lenor C. Marquis, Esq. of Steptoe & Johnson LLP, 750 Seventh Avenue, Suite 1900, New York, New York 10019, hereby enters appearance, as counsel for Defendants, Insead, Insead North America, Inc. *s/h/a* Insead North America and Michael C. Miller in the above-entitled matter.

Dated: New York, New York
       March 14, 2008

STEPTOE & JOHNSON LLP

By: /s Lenor C. Marquis
Lenor C. Marquis
750 Seventh Avenue, Suite 1900
New York, New York 10019
Telephone: 212-506-3900
Facsimile: 212-506-3950
Email: lmarquis@steptoe.com

*Attorneys for Insead,*
 *Insead North America, Inc.*
 *s/h/a Insead North America*
 *and Michael C. Miller*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served upon the parties listed below by ECF and regular mail on March 14, 2008, a true and correct copy of the annexed Notice of Appearance of Lenor C. Marquis.

/s Kimberlyn W. Brzozowski

Matthew B. Krepps
295 Commonwealth Avenue, #3A
Boston, Massachusetts  02115

*Plaintiff Pro Se*

Edward Reiner
6 Horseshoe Hill Rd.
Pound Ridge, NY  10576

*Defendant Pro Se*