UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Krepps,                                                     : Amended
                                                            :
        -v.-                                                : 07 Civ. 9884 (RWS)
                                                            :
Reiner et al                                                :
------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/26/08

Please be advised that the conference scheduled for April 23, 08 has been rescheduled to May 21, 08 at 4:30pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
3-26-08

_____
ROBERT W. SWEET
United States District Judge