April 7, 2008

Via Fax
(212 805 7925)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

RECEIVED
APR 0 7 2008
JUDGE SWEET CHAMBERS

Hon. Robert W. Sweet, U.S.D.J.
United States District Court,
  Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: Krepps v. Reiner, et al; S.D.N.Y. Docket No. 07 CV 9884 (RWS)

*This application is denied. So ordered.*
*Sweet*
*USDJ*
*4-7-08*

Dear Judge Sweet:

I am writing to request an order that Insead provide me, at the time it sends me its briefs, with a copy of the cases that Insead cites in its briefs. Although I formerly had regular access to the Lexis/Nexis database, I no longer have such access. Such an order would serve to move the case along expeditiously. Otherwise, I may need frequent extensions of submission deadlines in order to arrange periodic access to legal databases.

It is my understanding that defendant Reiner is also proceeding pro se. If the Court grants my request, as a show of good faith, I would offer to send Mr. Reiner copies of any cases I cite in my briefs in motions by or against Mr. Reiner.

I attempted in writing to secure Insead's agreement to send me copies of the cases on April 2 and again on April 3, but Insead has failed and refused to agree.

Thank you in advance for your consideration.

Respectfully Submitted,

Matthew Krepps

Plaintiff Pro Se
Matthew Krepps
30 Slocum Road
Jamaica Plain, MA 02130
(617) 306-7262

Cc: Evan Glassman, Edward Reiner