UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

MATTHEW B. KREPPS,

               Plaintiff,

  - against -

EDWARD REINER, INSEAD, INSEAD NORTH
AMERICA, and MICHAEL C. MILLER,

               Defendants.

----------------------------------------X

07 Civ. 9884 (RWS)

O R D E R

Sweet, D.J.,

     Defendants Insead, Insead North America, and Michael C. Miller's Motion to Dismiss, dated April 9, 2008, will be heard on submission, without oral argument, on Wednesday, April 30, 2008. All motion papers shall be served in accordance with Local Civil Rule 6.1.

     It is so ordered.

New York, NY
April 11, 2008

                                   ROBERT W. SWEET
                                   U.S.D.J.