# STEPTOE & JOHNSON LLP
## ATTORNEYS AT LAW

Evan Glassman
212.506.3909
eglassman@steptoe.com

750 Seventh Avenue
19th Floor
New York, NY 10019
Tel 212.506.3900
Fax 212.506.3950
steptoe.com

RECEIVED APR 14 2008 JUDGE SWEET CHAMBERS

April 14, 2008

*Via Facsimile to 212-805-7925*

Hon. Robert W. Sweet, U.S.D.J.
United States District Court,
 Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re:   *Krepps v. Reiner, et al.;* S.D.N.Y. Docket No. 07 CV 9884 (RWS)(GWG)

Dear Judge Sweet:

This firm represents Defendants Insead, Insead North America, Inc. *s/h/a* Insead North America and Michael C. Miller, Esq. (collectively "Defendants") in the above case.

We are writing to respectfully request clarification on this Court's Order dated April 11, 2008. By this Court's earlier Order dated March 25, 2008, this Court endorsed the briefing schedule agreed to by the parties, which provided that Defendants' responses were due by April 9, 2008, opposition papers are due by April 30, 2008, and reply papers are due on May 14, 2008. While the April 11, 2008 Order sets the submission date as April 30, 2008, it does not provide Defendants with a reply date. It is unclear to Defendants if the pre-existing briefing schedule has been modified to not permit a reply.

Thank you in advance for your consideration.

Respectfully submitted,

Evan Glassman

[Handwritten annotation: The schedule of the parties as approved. So order. RWS 4-14-08]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-08

Enclosure

cc:   Mr. Matthew B. Krepps
      Mr. Edward Reiner
       *via electronic mail*

Doc. # NY-13718 v.1