April 18, 2008

**Via Hand Delivery**

Hon. Robert W. Sweet, U.S.D.J.
United States District Court,
 Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re: Krepps v. Reiner, et al; S.D.N.Y. Docket No. 07 CV 9884 (RWS)**

Dear Judge Sweet:

I am writing to request that the court approve an extension to the briefing schedule upon which the parties have agreed (email correspondence attached): Plaintiff's opposition papers to be due May 7 and Defendant's Reply papers to be due May 21.

I am also writing to request permission to submit a brief in opposition to the Insead defendants in excess of 25 pages, but no longer than 45 pages. The 25 page limit is sufficient for my opposition to the Miller motion.

The Insead defendants have effectively submitted a brief that is roughly 40 pages long, though they have remained within the letter of your Honor's rules by including 184 lines of footnotes in a miniscule font. Rather than following Insead's approach, I wanted first to seek the court's permission to submit a longer brief. Insead has objected to my request (email correspondence attached).

Thank you very much for your consideration.

Respectfully Submitted,

Matthew Krepps
Plaintiff Pro Se
Matthew Krepps
30 Slocum Road
Jamaica Plain, MA 02130
(617) 306-7262

Cc: Evan Glassman, Edward Reiner
    *Via electronic mail*

[Handwritten annotation by Judge Sweet:] Page counts approved. So ordered. Sweet USDJ 4.21.08




Yahoo! | My Yahoo! | Mail | Tutorials | More    Welcome, **matthewkrepps** Sign Out  All-New Mail  Help

**YAHOO! MAIL** Classic    Search: [       ]  Web Search

[Ad: AcipHex - Learn more about a free trial offer now. Restrictions may apply. >> Click here for full product information.]

Mail | Contacts | Calendar | Notepad                Mail For Mobile - Mail Upgrades - Options

[Check Mail] [Compose]                                  [Search Mail] [Search the Web]

- Netflix Only $4.99/mo.
- **Folders** [Add - Edit]
  - Inbox
  - Draft
  - Sent
  - Bulk [Empty]
  - Trash [Empty]
- **Search Shortcuts**
  - My Photos
  - My Attachments
- See your credit score - free
- Affordable hybrid car
- Unlimited calls: just $24.99/m
- Degrees for working adults.

Previous | Next | Back to Messages

[Delete] [Reply] [Forward] [Spam] [Move...]

This message is not flagged. [ Flag Message - Mark as Unread ]              Printable View

**Subject:** Re: Letter Application
**Date:** Fri, 18 Apr 2008 12:58:29 -0400
**From:** "Glassman, Evan" <eglassman@steptoe.com>   Add Mobile Alert
**To:** matthewkrepps@yahoo.com, "Marquis, Lenor" <lmarquis@steptoe.com>, "Kang, Lydia" <lkang@steptoe.com>
**CC:** "Miller, Michael" <mmiller@steptoe.com>

Mr. Krepps,

We would agree - subject to the Court's consent - to the 7 day adjournment you request below, but cannot agree to any modification of Judge Sweet's Individual Practice Rules limiting opposition memoranda to 25 pages.

Very truly yours,

Evan Glassman


----- Original Message -----
From: Matt Krepps <matthewkrepps@yahoo.com>
To: Glassman, Evan; Marquis, Lenor; Kang, Lydia
Sent: Fri Apr 18 12:46:44 2008
Subject: Letter Application

Do you have any objection to me:

1. Filing an opposition brief against the Insead defendnats that is up to, but not longer than, 45 pages long? (I don't need extra space for opposition to Miller).

2. Delaying the schedule for opposition and reply by 7 days: Opposition by May 7 and reply by May 21.

Thanks,

Matt