```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MATTHEW B. KREPPS,

                    Plaintiff,
                                            07 Civ. 9884 (RWS)
     - against -
                                               O R D E R
EDWARD REINER, INSEAD, INSEAD NORTH
AMERICA, and MICHAEL C. MILLER,

                    Defendants.
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

**Sweet, D.J.,**

    Defendants Insead, Insead North America, and Michael C. Miller's Motion to Stay Discovery, dated April 18, 2008, will be heard on submission, without oral argument, on Wednesday, April 30, 2008. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**April 21, 2008**

ROBERT R. SWEET
U.S.D.J.