# STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW



Evan Glassman
212.506.3909
eglassman@steptoe.com

750 Seventh Avenue
19th Floor
New York, NY 10019
Tel 212.506.3900
Fax 212.506.3950
steptoe.com

April 22, 2008

*Via FED EX*

Hon. Robert W. Sweet, U.S.D.J.
United States District Court,
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007



So ordered
Sweet
USDJ
4.23.08

Re:   *Krepps v. Reiner, et al.*; S.D.N.Y. Docket No. 07 CV 9884 (RWS)(GWG)

Dear Judge Sweet:

This firm represents Defendants Insead, Insead North America, Inc. *s/h/a* Insead North America and Michael C. Miller, Esq. (collectively "Defendants") in the above case.

We write to respectfully request that the Court adjust the briefing schedule to allow Plaintiff until May 2, 2008 to file any opposition to Defendants' Motion to Stay Discovery filed on Friday, April 18, 2008. Upon receipt of the Court's Order earlier today concerning the submission of the motion, we learned that our Notice incorrectly indicated that Plaintiff would have ten business days, rather than four to serve any opposition papers as provided in Local Rule 6.1. Defendants do not wish to receive any special consideration here and would file their reply papers on Monday May 5, 2008, *.i.e.,* one business day after Mr. Krepps.

Upon discovery of this issue, we promptly informed Plaintiff. To prevent any possible prejudice, we offered to agree to any request Plaintiff might make to adjust the schedule by providing him with two additional business days to respond and serve his opposition, but Plaintiff indicated he would not be accommodated in this manner. We would therefore respectfully ask the Court to make this change and apologize for any inconvenience imposed.

Doc. # NY-13717 v.1

WASHINGTON • NEW YORK • CHICAGO • PHOENIX • LOS ANGELES • CENTURY CITY • LONDON • BRUSSELS

STEPTOE & JOHNSON LLP

Hon. Robert W. Sweet, U.S.D.J.
April 22, 2008
Page 2

Thank you in advance.

                                                     Respectfully submitted,

                                                     Evan Glassman

cc:    Mr. Matthew B. Krepps
       Mr. Edward Reiner
       *via electronic mail*